UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20573-CIV-SEITZ/MCALILEY



HORTENSIA DE LA ROSA,

    Plaintiff,

v.

HIALEAH HOUSING AUTHORITY,

    Defendant.

_____/

### ORDER FOLLOWING STATUS CONFERENCE

THIS MATTER is before the Court following a June 15, 2006, Status Conference. Upon review, and for the reasons stated herein and at the Status Conference, it is hereby

ORDERED that:

(1)    The Court's Order Granting Motion for Appointment of Guardian Ad Litem **[DE 17]** is VACATED and the Motion **[DE 7]** is DENIED. Having *sua sponte* reviewed the motion and the record, Plaintiff did not provide the Court with sufficient evidence to determine her competency.

(2)    Plaintiff's Motion for Susan Ann Silverstein to Appear *Pro Hac Vice* **[DE 30]** is GRANTED. Susan Ann Silverstein of AARP Foundation Litigation shall be permitted to appear *pro hac vice* on behalf of Plaintiff solely for purposes of this case. During the course of this case, Susan Ann Silverstein shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to do so may result in the revocation of her *pro hac vice* status. Jeffrey M. Hearne of the Legal Services of Greater Miami, who is a member of the bar of this Court and who maintains an office in this district for the practice of law, shall be Plaintiff's designated local counsel, with whom the Court and counsel may readily communicate and upon whom papers may be served.

(3)    Plaintiff's Motion for Preliminary Injunction **[DE 2]** is DENIED. Plaintiff's motion and accompanying affidavits fail to demonstrate that the requested accommodation may be necessary for Plaintiff

to use and enjoy her apartment or that the denial of her Motion will result in imminent, irreparable harm.

(4) Defendant's Motion to Dismiss **[DE 21]** is DENIED. Plaintiff has stated a reasonable accommodations claim under the Fair Housing Act. Plaintiff has also stated a claim under the Rehabilitation Act.

(5) Defendant's Motion for An Order Directing the Parties to Mediation **[DE 14]** and Motion for an Order Requiring Plaintiff to Submit to a Physical and Mental Exam **[DE 16]** are GRANTED. The parties shall comply with the following deadlines:

| | |
|---|---|
| June 21, 2006: | Defendant shall file a Statement of Concerns, indicating precisely what information/documentation it needs in support of Plaintiff's position that she needs a live-in aide |
| June 28, 2006: | The parties shall select an independent person to conduct Plaintiff's physical/mental exam |
| August 15, 2006: | Plaintiff shall have completed an independent physical/mental exam |
| August 31, 2006: | The parties shall complete mediation |

The Court will issue a separate order setting the remaining pretrial and trial dates.

(6) The Court's June 21, 2006, Hearing is CANCELLED.

DONE and ORDERED in Miami, Florida, this 15th day of June, 2006.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge McAliley
Counsel of Record