

FILED by CW  D.C.
ELECTRONIC
Aug 31 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE No. 06-20573-CIV-SEITZ./ MCALILEY

HORTENSIA DE LA ROSA,

    Plaintiff,

v.

HIALEAH HOUSING AUTHORITY,

    Defendant.
_____/

## MEDIATOR'S REPORT

    The parties appeared at mediation with their respective counsel on August 18, 2006.

The session was continued.

                LESLIE W. LANGBEIN, Mediator
                8181 NW 154th Street, Suite 105
                Miami Lakes, FL 33016
                Tel: (305) 556-3663
                Fax: (305) 556-3647

                By:   s/ Leslie W. Langbein
                      Leslie W. Langbein, Esq.
                      Fla. Bar No. 305391

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was sent by first class mail on August 31 2006 to:

Jeffrey M Hearn, Esq.
Lizel Gonzalez, Esq.
LEGAL SERVICES OF GREATER MIAMI, INC.
3000 Biscayne Blvd, Suite 500
Miami, FL  33137

Andrew B. Rosenblatt, Esq.
2665 S. Bayshore Drive, Suite 703
Miami, FL  33131

Susan Ann Silverstein, Esq.
AARP Foundation Litigation
601 E. Street, NW A4-140
Washington, D.C.  20049

By:  s/ Leslie W. Langbein
     Leslie W. Langbein, Esq.